Chase, Appellant, *v.* AMF Western Tool, Inc.

Argued January 10, 1972. Before JONES, C. J., EA-GEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*James T. McHale,* with him *J. Julius Levy,* and *Levy, Preate and Purcell,* for appellant.

*J. E. Gallagher,* with him *Carlon M. O'Malley, Sr., John W. Bour,* and *O'Malley, Morgan, Bour & Gallagher,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Judgment affirmed.